GailAnn Y. Stargardter (Bar No. 250749)
    gstargardter@lslawoffices.com
LEHAVI STARGARDTER, LLP
P.O. Box 5973
Orange, California 92863
Telephone:  949.570.9575
Facsimile:   949.570.9580

Attorneys for Plaintiff
ATAIN SPECIALTY INSURANCE
COMPANY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| ATAIN SPECIALTY INSURANCE COMPANY, a Michigan corporation,<br><br>Plaintiff,<br><br>v.<br><br>PROCON DEVELOPMENT, INC, a California corporation; SHASTA BEVERAGES, INC., a Delaware corporation,<br><br>Defendants. | Case No. 8:25-cv-02549-DOC-ADS<br><br>**NOTICE OF SETTLEMENT AND REQUEST TO RETAIN JURISDICTION** |

Plaintiff, ATAIN SPECIALTY INSURANCE COMPANY by and through its counsel of record, hereby notifies the Court that the Parties have reached a global settlement in the above-captioned matter, and the underlying claim. Plaintiff hereby request that the Court vacate all pending due dates and hearings and retain jurisdiction over this case until the Parties can fully perform their duties as required under the settlement agreement. It is anticipated that the settlement will be fully performed within forty-five (45) days and a Stipulated Request for Voluntary Dismissal would be filed within that timeframe as well.

In light of the Parties' settlement, Plaintiff hereby requests that the Court vacate all pending due dates and hearings and retain jurisdiction over this case until the

1    Parties can fully perform their duties as required under the settlement agreement.

2    Dated:    January 22, 2026              LEHAVI STARGARDTER, LLP

3                                      By:    /s/GailAnn Y. Stargardter

4                                             GailAnn Y. Stargardter

5                                             Attorneys for Plaintiff, Atain Specialty
                                              Insurance Company

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28